# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 5D23-3418
LT Case Nos. 2018-CF-0912
2018-CF-0913

————————————————

CHRISTOPHER STEVENSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

3.800 Appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Christopher Stevenson, Daytona Beach, pro se.

No Appearance for Appellee.

April 5, 2024

PER CURIAM.

AFFIRMED, without prejudice to Appellant seeking relief under Rule 3.850. *See Haynes v. State,* 106 So. 3d 481, 482–83 (Fla. 5th DCA 2013) (citing *Jolly v. State,* 392 So. 2d 54, 56 (Fla. 5th DCA 1981)).

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____